■ FAY ENDICK et al., Respondents, v. LIONEL E. REBHUN, Appellant.—

We do not find in this record a proper affidavit of merits or any excuse for the unreasonable delay of some six years in the prosecution of the action. Under the circumstances it was an improvident exercise of discretion on the part of the learned Special Term Justice to deny the motion even conditionally. Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.